IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

FILED IN THE
US BANKRUPTCY COURT
DISTRICT OF WYOMING

2016 JAN 25  PM 2: 00

TIM J. ELLIS, CLERK

BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| In Re: | ) | |
| NEEL, DAVID | ) | Case No. 14-20016 |
| NEEL, TRACI | ) | Chapter 7 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |
| | ) | |

## TRANSMITTAL OF SMALL DIVIDENDS

Gary A. Barney, Trustee of the above estate, hereby respectfully reports:

1.  Pursuant to Bankruptcy Rule 3010, the following is a list of small dividends not paid in this case.

| NAME | ADDRESS | AMOUNT |
|---|---|---|
| 1. Enstar Natural Gas | Po Box 190288<br>Anchorage, AK 99519 | $1.62 |
| 2. PYOD, LLC<br>Agent for Citibank | Po Box 19008<br>Greenville, SC 29602 | $4.61 |

That the Trustee's check for $6.23, payable to the Clerk, U.S. Bankruptcy Court, is attached to this report and list.

DATED: January 20, 2016

/s/ Gary A. Barney, Trustee